**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_NORTHERN_ District of _ILLINOIS_
(State)

Case number (if known): _____ Chapter _7_

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

_THE PORCH CONSTRUCTION, INC._

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

_27-2277983_

4. **Debtor's address**

**Principal place of business**

_11 SOUTH PARKWAY_
Number    Street

_PROSPECT HEIGHTS_  _IL_  _60070_
City    State   ZIP Code

_COOK_
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor _____     Case number (if known) _____
     Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See

6 1 1 8

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check all that apply:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____ Case number _____
                                       MM / DD / YYYY

       District _____  When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

       District _____  When _____
                                                  MM / DD / YYYY

       Case number, if known _____

Debtor _____   Case number (if known) _____
    Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number     Street

                              City                                State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

        Contact name    _____

        Phone        _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor _____   Case number (if known)_____
         Name

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2017
           MM / DD /YYYY

✗ _____          ARTUR KOZLOWSKI
Signature of authorized representative of debtor          Printed name

Title  PRESIDENT

**18. Signature of attorney**

✗ _____          Date  09/07/2017
Signature of attorney for debtor                      MM / DD / YYYY

WILLIAM  M.  MURAKOWSKI
Printed name

LAW  OFFICE  OF  WILLIAM  M  MURAKOWSKI, P.C.
Firm name

15  N  NORTHWEST  HIGHWAY
Number      Street

PARK  RIDGE                              IL      60068
City                                     State    ZIP Code

847-268-0201                             CAINE 93 @ LIVE.COM
Contact phone                            Email address

6206280                                  IL
Bar number                               State

Fill in this information to identify the case:

Debtor name _THE PORCH CONSTRUCTION, INC._

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................................................................... $ _0.00_

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................................. $ _80.00_

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B................................................................................................................... $ _80.00_

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............................. $ _0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................................... $ _0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F......................................... + $ _208,000.00_

4. **Total liabilities.....................................................................................................................................**
   Lines 2 + 3a + 3b
   $ _208,000.00_

Fill in this information to identify the case:

Debtor name THE PORCH CONSTRUCTION, INC

United States Bankruptcy Court for the: NORTHERN     District of IL
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**     $ 80.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. BANK OF AMERICA | CHECKING | ___ ___ ___ ___ | $ 80.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____     $ _____
   4.2. _____     $ _____

5. **Total of Part 1**     $ 80.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____     $ _____
   7.2. _____     $ _____

Debtor _THE PORCH CONSTRUCTION, INC._          Case number (if known)_____
    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

9. **Total of Part 2.**                                                                   $___0.00____

Add lines 7 through 8. Copy the total to line 81.

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   _____ – _____  = ........→                     $_____
                           face amount      doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____  = ........→                     $_____
                           face amount      doubtful or uncollectible accounts

12. **Total of Part 3**                                                                    $_0.00___

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                                        **Valuation method used for current value**   **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**                                                                    $_0.00___

Add lines 14 through 16. Copy the total to line 83.

Debtor    THE PORCH CONSTRUCTION, INC.
Name

Case number (if known)_____

## Part 5:   Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ _____ | | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ _____ | | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ _____ | | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ _____ | | $_____ |

23. Total of Part 5

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. Is any of the property listed in Part 5 perishable?

☐ No

☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor _THE PORCH CONSTRUCTION, INC._     Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    _THE PORCH CONSTRUCTION, INC_          Case number (if known)_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   *THE PORCH CONSTRUCTION, INC*          Case number (if known)_____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ *0.00*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ *0.00*

Debtor  _THE PORCA CONSTRUCTION, INC_          Case number (if known)_____
        Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ − _____ = → $_____
                                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim      _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim      _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$ _0.00_

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor      THE PORCH CONSTRUCTION, INC.          Case number (if known)_____
      Name

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 80.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ...............➜ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 80.00 | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................   $ 80.00

**Fill in this information to identify the case:**

Debtor name _THE FORTH CONSTRUCTION, INC_

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

Fill in this information to identify the case:

Debtor _THE PORCH CONSTRUCTION, INC_

United States Bankruptcy Court for the: _NORTHERN_   District of _IL_
                                                            (State)

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ _____ | $ _____ |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ <br><br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ _____ | |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |
| **2.3** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ | As of the petition filing date, the claim is: $ _____ <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $ _____ | |
| Date or dates debt was incurred <br> _____ | Basis for the claim: <br> _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ <br> Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | | |

Debtor    _THE PORCH CONSTRUCTION, INC._       Case number (if known)_____
     Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ _208,000.00_ |

**3.1** Nonpriority creditor's name and mailing address

_CAPITOL INDEMNITY CORPORATION_
_as subsidee of ELITE MIDWEST, LLC_
_C/O ATTY CORY D. ANDERSON_
_321 N. CLARK ST., STE 2200_
_CHICAGO, IL 60654_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _CONTRACT_

$ _208,000.00_

Date or dates debt was incurred   _02/19/2016_

Last 4 digits of account number   _0264_

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

_STONE GATE INSURANCE COMPANY_
_C/O Shelist Law Firm LLC_
_29 E. MADISON ST., 1000_
_CHICAGO, IL 60602_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _CONTRACT_

$ _UNKNOWN_

Date or dates debt was incurred   _02/19/2016_

Last 4 digits of account number   _6594_

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   THE PORCH CONSTRUCTION, INC.          Case number (if known) _____
         Name

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. CORY D ANDERSON<br>321 N. CLARK ST, STE 2200<br>CHICAGO, IL 60654 | Line 3.1<br>☐ Not listed. Explain _____ | 0 2 6 4 |
| 4.2. Shelist Law Firm, LLC<br>29 E. MADISON ST, 1000<br>CHICAGO, IL 60602 | Line 3.2<br>☐ Not listed. Explain _____ | 6 5 9 4 |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | — — — — |

Debtor   THE PORCH CONSTRUCTION, INC.
Name

Case number (if known)_____

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. **Total claims from Part 1**                                  5a.    $  0 . 00

5b. **Total claims from Part 2**                                  5b.  +  $ 208,000.00

5c. **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                                          5c.    $ 208,000.00

Fill in this information to identify the case:

Debtor name *THE PORCH CONSTRUCTION, INC*

United States Bankruptcy Court for the: *NORTHERN* District of *IL*
(State)

Case number (If known): _____ Chapter *7*

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name _THE PORCH CONSTRUCTION, INC_

United States Bankruptcy Court for the: _NORTHERN_ District of _/L_
(State)

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

   *Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.2 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.3 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.4 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.5 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | _____ | Street | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City | State | ZIP Code | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _THE PORCH CONSTRUCTION, INC_

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_
(State)

Case number (if known): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _09/07/2017_        ✗ _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

_ARTUR KOZLOWSKI_
Printed name

_PRESIDENT_
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name _THE PORCH CONSTRUCTION, INC._

United States Bankruptcy Court for the: _NORTHERN_ District of _IL_
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

---

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 01/01/2017 to MM/DD/YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $255,511.00 |
   | For prior year: | From 01/01/2016 to MM/DD/YYYY | 12/31/2016 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $348,853.00 |
   | For the year before that: | From 01/01/2015 to MM/DD/YYYY | 12/31/2015 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $426,810.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From MM/DD/YYYY | to | Filing date | _____ | $_____ |
   | For prior year: | From MM/DD/YYYY | to | MM/DD/YYYY | _____ | $_____ |
   | For the year before that: | From MM/DD/YYYY | to | MM/DD/YYYY | _____ | $_____ |

Debtor   _THE PORCH CONSTRUCTION, INC_                    Case number (if known)_____
            Name

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

#### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | | | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|---|
| 3.1. | | | | $ | ☐ Secured debt |
| Creditor's name | | | | | ☐ Unsecured loan repayments |
| Street | | | | | ☐ Suppliers or vendors |
| | | | | | ☐ Services |
| City | State | ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | $ | ☐ Secured debt |
| Creditor's name | | | | | ☐ Unsecured loan repayments |
| Street | | | | | ☐ Suppliers or vendors |
| | | | | | ☐ Services |
| City | State | ZIP Code | | | ☐ Other _____ |

#### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | | | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 4.1. | | | | $ | |
| Insider's name | | | | | |
| Street | | | | | |
| City | State | ZIP Code | | | |
| Relationship to debtor | | | | | |
| 4.2. | | | | $ | |
| Insider's name | | | | | |
| Street | | | | | |
| City | State | ZIP Code | | | |
| Relationship to debtor | | | | | |

Debtor ___THE PORCH CONSTRUCTION, INC.___
  Name

Case number (if known)_____

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | | | Description of the property | Date | Value of property |
|---|---|---|---|---|---|
| 5.1. | | | | | $ |
| Creditor's name | | | | | |
| Street | | | | | |
| City | State | ZIP Code | | | |
| 5.2. | | | | | $ |
| Creditor's name | | | | | |
| Street | | | | | |
| City | State | ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | | | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|---|
| | | | | | $ |
| Creditor's name | | | | | |
| Street | | | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City | State | ZIP Code | | | |

## Part 3: Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. CAPITOL INDEMNITY CORP AS ASSIGNEE OF ELITE MIDWEST V. THE PORCH CONSTRUCTION, INC | CONTRACT | CIRCUIT CT OF 19th JUD CIRCT<br>Name<br>18 N. COUNTY ST<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>17 L 264 | | WAUKEGAN 16 60085<br>City State ZIP Code | |
| Case title | | Court or agency's name and address | ☑ Pending |
| 7.2. STONEGATE INS CO V. PORCH CONSTRUCTION, INC<br>Case number | CONTRACT | CIRCUIT CT OF COOK COUNTY<br>Name<br>50 W. WASHINGTON ST<br>Street | ☐ On appeal<br>☐ Concluded |
| 2017CH06594 | | CHICAGO 1L 60602<br>City State ZIP Code | |

Debtor     *THE PORCH CONSTRUCTION, INC.*          Case number (if known)_____
           Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State      ZIP Code | | Street |
| | Date of order or assignment | City          State          ZIP Code |

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $_____ |

Debtor _THE FORCA CONSTRUCTION, INC_
Name

Case number (if known) _____

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _WILLIAM MURAKOWSKI_ <br> **Address** <br> _15 N. NORTHWEST HWY_ <br> Street <br><br> _PARK RIDGE_ _IL_ _60068_ <br> City State ZIP Code <br><br> **Email or website address** <br> _CAINE 93@LIVE.COM_ <br><br> **Who made the payment, if not debtor?** | _FUNDS FOR ATTORNEY_ <br> _FEES AND FILING FEE_ | _09/07/17_ | _$3,835.00_ |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ <br> **Address** <br> _____ <br> Street <br><br> _____ <br> City State ZIP Code <br> **Email or website address** <br> _____ <br><br> **Who made the payment, if not debtor?** | _____ | _____ | $_____ |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ <br> **Trustee** <br> _____ | _____ | _____ | $_____ |

Debtor  _THE  PORCH  CONSTRUCTION ,  INC._    Case number (if known)_____
        Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Street | From _____ | To _____ |
| | City   State   ZIP Code | | |
| 14.2. | Street | From _____ | To _____ |
| | City   State   ZIP Code | | |

Debtor _THE PORCH CONSTRUCTION, INC._     Case number (if known)_____

Name

## Part 8:     Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City          State          ZIP Code | _____<br>_____ | ❑ Electronically<br>❑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name | _____<br>_____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City          State          ZIP Code | _____<br>_____ | ❑ Electronically<br>❑ Paper |

## Part 9:     Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

Name of plan     **Employer identification number of the plan**

_____     EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

❑ No

❑ Yes

Debtor　　_THE PORCH CONSTRUCTION, INC._ 　　　　Case number (if known)_____
　　　　Name

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | | | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|---|---|
| 18.1. | Name | | | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| | Street | | | | | | |
| | City | State | ZIP Code | | | | |
| 18.2. | Name | | | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| | Street | | | | | | |
| | City | State | ZIP Code | | | | |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | | | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|---|
| Name | | | | | ☐ No<br>☐ Yes |
| Street | | | | | |
| City | State | ZIP Code | Address | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | | | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|---|
| Name | | | | | ☐ No<br>☐ Yes |
| Street | | | | | |
| City | State | ZIP Code | Address | | |

Debtor    *THE PORCH CONSTRUCTION, INC.*     Case number (*if known*) _____
        Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

Debtor    _THE PORCH CONSTRUCTION, INC._          Case number (if known) _____
         Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | | | Governmental unit name and address | | | Environmental law, if known | Date of notice |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Name | | | Name | | | | |
| Street | | | Street | | | | |
| City | State | ZIP Code | City | State | ZIP Code | | |

---

### Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | | | Describe the nature of the business | Employer Identification number |
|---|---|---|---|---|---|
| | | | | | Do not include Social Security number or ITIN. |
| 25.1. | | | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | | | **Dates business existed** |
| | Street | | | | |
| | | | | | From _____   To _____ |
| | City | State | ZIP Code | | |
| 25.2. | Business name and address | | | Describe the nature of the business | Employer Identification number |
| | | | | | Do not include Social Security number or ITIN. |
| | | | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | | | **Dates business existed** |
| | Street | | | | |
| | | | | | From _____   To _____ |
| | City | State | ZIP Code | | |
| 25.3. | Business name and address | | | Describe the nature of the business | Employer Identification number |
| | | | | | Do not include Social Security number or ITIN. |
| | | | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | | | **Dates business existed** |
| | Street | | | | |
| | | | | | From _____   To _____ |
| | City | State | ZIP Code | | |

Debtor　THE PORCH CONSTRUCTION, INC　　　Case number (if known) _____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. JACEK ZAREMBSKI | | | From 2001 To 2017 |
| Name | | | |
| 6244 W. BELMONT | | | |
| Street | | | |
| CHICAGO | IL | 60634 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.1. | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26b.2. | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

Debtor    _THE PORCH CONSTRUCTION, INC._          Case number *(if known)*_____
          Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

| 26d.1. | | |
|---|---|---|
| Name | | |
| Street | | |
| City | State | ZIP Code |

**Name and address**

| 26d.2. | | |
|---|---|---|
| Name | | |
| Street | | |
| City | State | ZIP Code |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | | |
|---|---|---|
| Name | | |
| Street | | |
| City | State | ZIP Code |

Debtor  _THE PORCH CONSTRUCTION, INC_   Case number (if known)_____
     Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
_____
Name
_____
Street
_____
City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City        State    ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor  _THE PORCH CONSTRUCTION, INC_  Case number (if known) _____
        Name

Name and address of recipient

30.2  _____
      Name

      _____
      Street

      _____
      City          State     ZIP Code

      Relationship to debtor

      _____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                  corporation

_____                   EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____                   EIN: __ __ - __ __ __ __ __ __ __

**Part 14:  Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _09 / 07 / 2017_
            MM / DD / YYYY

✗ _____          Printed name _ARTUR KOZLOWSKI_
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _COMPANY PRESIDENT_

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

NORTHERN District Of ILLINOIS

In re The Porch Construction, Inc.

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3,500.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 3,500.00

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/7/2017
_Date_

_Signature of Attorney_

LAW OFFICE OF WILLIAM MULLERWSKI, P.C.
_Name of law firm_

## United States Bankruptcy Court
### Northern District of Illinois

In re    __The Porch Construction Inc.__ _____     Case No. _____

                                   Debtor(s)        Chapter    __7__

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors:           2        0

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    09/07/2017                                           

                                   Signer/Title